IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVIAN M. SNYDER,

          Plaintiff,

vs.

NICHOLAS GEORGI, Individually
and in his Official Capacity as Sheriff
of Jefferson County, Nebraska; and
TOMMY LEE OSIENGER,
Individually and in his Official
Capacity as a Deputy of the Jefferson
County Sheriff's Department,

          Defendants.

4:22-CV-3093


ORDER


The plaintiff has moved to dismiss this case without prejudice. Filing 9. The defendants have not opposed the motion. *See* NECivR 7.1(b)(1)(B). Accordingly, the Court will grant the motion *See* Fed. R. Civ. P. 41(a)(2),

IT IS ORDERED:

1.     The plaintiff's motion to dismiss (filing 9) is granted.

2.     This case is dismissed without prejudice.

3.     A separate judgment will be entered.

Dated this 6th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge